Decided December 4, 1996

STATE OF CONNECTICUT *v.* ROY GUBITOSI, JR.

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 448 (AC 14690), is denied.

*Catherine E. Teitell*, assistant public defender, in support of the petition.

*Ronald G. Weller*, assistant state's attorney, in opposition.

Decided December 4, 1996